PATRICK BRENNAN, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Application of SALVATORE PELELLA, Appellant, in Proceedings Supplementary to Execution against THE ILLINOIS SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM H. TOLMAN, Respondent, v. AMERICAN MUSEUM OF SAFETY, Appellant.— Order modified, as stated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith Page and Shearn, JJ.

CORA L. TURNER, Respondent, v. CHARLES W. TURNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES WOLFFSOHN, Respondent, v. GOLDSMITH & Co., INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES WOLFFSOHN, Respondent, v. GOLDSMITH & Co., INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PHILIP ELLMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GLADYS TEED, an Infant, etc., Respondent, v. FRANCIS D. GRIFFIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GLENALLA REALTY CORPORATION, Respondent, v. STARR PIANO COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

EDWARD S. CHILD, Respondent, v. SAMUEL W. RUSHMORE, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH ZUCCARO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of HENRY RUTHERFORD, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CORA L. TURNER v. CHARLES W. TURNER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY O'BRIEN v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ,

PETER DUFFY v. CHARLES L. AMENT.— Motion to dismiss appeal granted,